UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CARLOS M. OLIVEIRA

v.  CA 99-522 ML

JO ANNE B. BARNHART,
Commissioner, Social Security Administration

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Martin on June 23, 2006. I have reviewed the Report and Recommendation and adopt it in its entirety. Defendant's Motion to Affirm is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
United States District Judge
July 12, 2006